1  Elizabeth Rojas
   15060 Ventura Blvd.
2  Suite 240
   Sherman Oaks, CA  91403
3  Telephone: (818) 933-5700
   Facsimile:   (818) 933-5755
4

5              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
6               SAN FERNANDO VALLEY DIVISION

7  IN RE:                          )    CHAPTER 13
                                   )    CASE NO. SV09-16981-GM
8  HILDA POZ                       )
                                   )    **TRUSTEE'S NOTICE OF MOTION AND**
9                                  )    **MOTION FOR ORDER DISMISSING**
                                   )    **CHAPTER 13 PROCEEDING**
10                                 )    **(11 U.S.C. - 1307 (C))**
                                   )
11                                 )
                                   )
12                    DEBTOR       )

13      Please take notice that the Trustee herein moves for an order dismissing this proceeding on or after
   September 12, 2010 based on the review of the records of the Trustee, the Debtor's delinquency amounts
14 to $640.00.  In addition, Debtor must pay any subsequent plan payment that comes due after the date of
   this notice.  A motion to modify/suspend plan payments is not responsive to this motion.  This motion is
15 based on the following grounds:   Material default by the Debtor with respect to the term of the
   confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307 (C) (6)).  Delinquent
16 plan payments must be mailed to:  CHAPTER 13 TRUSTEE, PO BOX 512566, LOS ANGELES, CA
   90051-0566.
17

18      This motion may be granted without a hearing pursuant to 11 U.S.C. 102(1) and Local Bankruptcy
   Rule 9013-1(g). Any party of interest who wishes to oppose the motion must obtain a hearing date from
19 the courtroom deputy and must serve and file opposition papers on the trustee within fourteen (14) days
   of the date of service hereof, pursuant to local bankruptcy rule 9013-1(7). Failure to comply with these
20 provisions will result in the dismissal of the case.

21

22

23 DATED: August 25, 2010          _____
                                        Elizabeth Rojas
24                                      Chapter 13 Standing Trustee

25

26

27

28

<u>PROOF OF SERVICE</u>

1

2     I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case.
I declare under penalty of perjury that the foregoing is true and correct to the best of my information and
3 belief.  Executed at Sherman Oaks, California, on August 25, 2010.

4

5 *Elizabeth F Rojas*
_____

6 Elizabeth Rojas, Trustee

7     I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing
Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to
8 the above action and that on August 25, 2010 I mailed and/or electronic copies were served to:

9

10 HILDA POZ                              L BISHOP AUSTIN & ASSOCIATES
11030 ONEIDA AVENUE        3250 WILSHIRE BOULEVARD, #1500
11 PACOIMA, CA  91331             LOS ANGELES, CA  90010

12

13 Executed at Sherman Oaks, California on August 25, 2010.

14

15 *Gisele Dorsey*
_____

16 Gisele Dorsey

17

18

19

20

21

22

23

24

25

26

27

28